**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AF HOLDINGS, LLC,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC,

    Defendant.

CASE NO. 1:12-cv-3516

Judge:

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

Respectfully submitted,

AF Holdings, LLC,

DATED: May 8, 2012

By:   By: /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark St., Suite 3200
        Chicago, IL 60601
        Telephone: (312) 880-9160
        Facsimile: (312) 893-5677
        E-mail: paduffy@wefightpiracy.com
        *Attorney for Plaintiff*