# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS, LLC, <br><br> Defendant. | CASE NO. 1:12-cv-03516 <br><br> Judge: Hon. Gary Feinerman <br><br> Magistrate Judge: Hon. Young B. Kim. |

### PLAINTIFF'S NOTICE OF AMENDED MOTION FOR ORDER TO SHOW CAUSE WHY COMCAST CABLE SERVICES LLC SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH SUBPOENAS *DUCES TECUM*

PLEASE TAKE NOTICE that on May 29, 2012 at 9:00 a.m. the undersigned shall appear before the Honorable United States Judge Gary Feinerman in Courtroom 1725 at 219 South Dearborn Street, Chicago, IL and shall then and there present a Motion For Leave To Take Discovery Prior To Rule 26(f) Conference.

Respectfully submitted,

AF Holdings LLC

**DATED:** May 16, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 16, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rules.

                                                           s/ Paul Duffy
                                                           Paul Duffy