# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings, LLC
                                              Plaintiff,

v.                                                               Case No.: 1:12–cv–03516
                                                                        Honorable Gary Feinerman

Comcast Cable Communications, LLC
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2012:

      MINUTE entry before Honorable Gary Feinerman:Motion hearing held. Plaintiffs amended motion for order to show cause why Comcast Cable Services should not be found in contempt of court for failure to comply with subpoenas duces tecum [8] is entered and continued. Comcast to file response brief by 6/1/2012; reply due by 6/8/2012. Status hearing scheduled for 6/14/2012 at 9:00 a.m. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.