Case 1:12-cv-03516 Document #: 1-1 Filed: 06/05/12 Page 1 of 4 PageID #:48

# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.73.70.217 | AT&T Internet Services | 2012-02-06 22:43:01 |
| 173.168.180.205 | Bright House Networks | 2012-02-11 14:06:32 |
| 173.169.155.43 | Bright House Networks | 2012-02-14 02:31:15 |
| 173.169.58.147 | Bright House Networks | 2012-02-06 21:26:57 |
| 173.170.131.62 | Bright House Networks | 2012-02-13 22:41:39 |
| 173.171.80.159 | Bright House Networks | 2012-02-22 02:01:11 |
| 173.65.149.23 | Velocity Online | 2012-02-08 18:27:15 |
| 173.65.70.32 | Velocity Online | 2012-02-07 01:13:08 |
| 173.78.137.206 | Velocity Online | 2012-02-25 16:53:18 |
| 173.78.164.133 | Velocity Online | 2012-02-24 10:27:32 |
| 173.78.17.30 | Velocity Online | 2012-02-08 21:36:43 |
| 174.48.237.47 | Comcast Cable Communications | 2012-02-07 14:39:18 |
| 174.58.62.113 | Comcast Cable Communications | 2012-02-23 01:28:52 |
| 174.61.72.235 | Comcast Cable Communications | 2012-02-26 21:26:20 |
| 174.63.128.89 | Comcast Cable Communications | 2012-02-07 08:35:38 |
| 184.1.255.250 | Embarq Corporation | 2012-03-03 01:37:12 |
| 184.32.32.28 | BellSouth.net | 2012-02-10 20:57:44 |
| 184.4.114.159 | Embarq Corporation | 2012-02-25 05:42:13 |
| 184.4.189.34 | Embarq Corporation | 2012-02-17 18:38:33 |
| 184.5.46.202 | Embarq Corporation | 2012-02-08 19:23:45 |
| 184.91.111.74 | Bright House Networks | 2012-02-08 18:08:14 |
| 184.91.195.170 | Bright House Networks | 2012-02-04 15:16:10 |
| 184.91.5.179 | Bright House Networks | 2012-02-10 22:42:25 |
| 207.244.184.187 | Atlantic Broadband Finance | 2012-02-08 18:33:26 |
| 216.162.138.168 | Velocity Online | 2012-02-08 18:47:56 |
| 24.129.109.73 | Comcast Cable Communications | 2012-02-29 02:30:21 |
| 24.129.110.188 | Comcast Cable Communications | 2012-02-25 17:22:01 |
| 24.160.32.15 | Bright House Networks | 2012-02-04 14:16:27 |
| 24.238.20.78 | Hotwire Communications | 2012-02-11 06:37:14 |
| 24.51.210.121 | XO Communications | 2012-02-04 05:42:44 |
| 24.73.56.101 | Bright House Networks | 2012-02-24 04:38:11 |
| 24.92.8.158 | Bright House Networks | 2012-02-10 03:41:44 |
| 50.128.131.33 | Comcast Cable Communications | 2012-02-05 07:39:31 |
| 50.128.159.236 | Comcast Cable Communications | 2012-02-04 05:06:58 |
| 65.12.232.231 | BellSouth.net | 2012-02-05 03:58:34 |
| 65.33.182.113 | Bright House Networks | 2012-02-26 11:35:40 |
| 65.34.158.80 | Comcast Cable Communications | 2012-02-04 15:16:52 |
| 65.35.93.211 | Bright House Networks | 2012-02-22 20:15:39 |
| 65.35.98.233 | Bright House Networks | 2012-02-24 01:31:53 |
| 66.176.254.91 | Comcast Cable Communications | 2012-02-05 06:16:57 |
| 66.176.68.254 | Comcast Cable Communications | 2012-02-24 20:36:26 |
| 66.177.156.178 | Comcast Cable Communications | 2012-02-24 01:00:28 |
| 66.177.20.244 | Comcast Cable Communications | 2012-03-01 02:29:47 |
| 66.203.135.106 | Arrownet | 2012-02-04 13:40:48 |
| 66.229.204.172 | Comcast Cable Communications | 2012-02-04 12:51:14 |
| 66.229.38.228 | Comcast Cable Communications | 2012-02-11 05:47:39 |

| | | |
|---|---|---|
| 67.191.108.107 | Comcast Cable Communications | 2012-02-04 04:39:15 |
| 67.191.18.105 | Comcast Cable Communications | 2012-02-27 19:54:50 |
| 67.191.27.107 | Comcast Cable Communications | 2012-02-09 05:11:40 |
| 67.235.218.7 | Embarq Corporation | 2012-02-07 08:05:55 |
| 67.9.35.107 | Bright House Networks | 2012-02-07 14:30:44 |
| 68.1.91.179 | Cox Communications | 2012-02-08 18:40:59 |
| 68.200.10.90 | Bright House Networks | 2012-02-07 07:37:34 |
| 68.202.41.3 | Bright House Networks | 2012-02-10 03:41:46 |
| 68.202.44.186 | Bright House Networks | 2012-02-21 22:48:49 |
| 68.204.0.98 | Bright House Networks | 2012-02-13 17:03:14 |
| 68.204.243.229 | Bright House Networks | 2012-02-04 14:05:56 |
| 68.205.223.89 | Bright House Networks | 2012-02-05 06:30:26 |
| 68.205.35.26 | Bright House Networks | 2012-02-13 15:38:52 |
| 68.228.30.39 | Cox Communications | 2012-02-23 05:03:46 |
| 68.54.65.251 | Comcast Cable Communications | 2012-02-21 17:30:47 |
| 68.62.199.41 | Comcast Cable Communications | 2012-02-25 02:57:18 |
| 69.244.223.168 | Comcast Cable Communications | 2012-02-23 18:55:42 |
| 69.247.49.162 | Comcast Cable Communications | 2012-02-24 04:34:07 |
| 69.247.56.123 | Comcast Cable Communications | 2012-02-04 18:10:27 |
| 69.65.78.109 | Advanced Cable Communications | 2012-02-10 05:53:45 |
| 69.65.82.98 | Advanced Cable Communications | 2012-02-11 06:01:45 |
| 69.68.130.207 | Embarq Corporation | 2012-02-23 05:10:58 |
| 70.119.107.27 | Bright House Networks | 2012-02-29 15:59:20 |
| 70.119.116.72 | Bright House Networks | 2012-02-28 01:52:58 |
| 70.119.53.81 | Bright House Networks | 2012-02-28 04:05:35 |
| 70.119.54.115 | Bright House Networks | 2012-02-24 13:30:01 |
| 70.119.95.14 | Bright House Networks | 2012-02-11 15:44:23 |
| 70.127.176.142 | Bright House Networks | 2012-02-13 23:53:16 |
| 70.147.103.156 | BellSouth.net | 2012-02-05 06:45:48 |
| 70.168.103.183 | Cox Communications | 2012-02-24 03:58:23 |
| 70.191.179.209 | Cox Communications | 2012-02-13 15:50:45 |
| 70.89.96.233 | Comcast Cable Communications | 2012-02-22 18:53:28 |
| 71.180.43.52 | Velocity Online | 2012-02-05 09:55:50 |
| 71.206.81.238 | Comcast Cable Communications | 2012-02-07 17:44:51 |
| 71.57.129.14 | Comcast Cable Communications | 2012-02-07 12:08:19 |
| 71.99.129.82 | Velocity Online | 2012-02-23 05:16:02 |
| 72.186.16.28 | Bright House Networks | 2012-02-05 03:46:16 |
| 72.186.18.12 | Bright House Networks | 2012-02-25 00:32:37 |
| 72.187.155.254 | Bright House Networks | 2012-02-04 23:04:58 |
| 72.187.208.97 | Bright House Networks | 2012-02-23 02:15:16 |
| 72.187.217.151 | Bright House Networks | 2012-02-25 04:26:24 |
| 72.188.195.247 | Bright House Networks | 2012-02-07 20:00:30 |
| 72.189.49.156 | Bright House Networks | 2012-02-04 07:22:56 |
| 72.91.123.47 | Velocity Online | 2012-02-06 21:58:57 |
| 75.74.116.46 | Comcast Cable Communications | 2012-03-05 02:37:15 |
| 75.92.78.255 | Clearwire US | 2012-02-06 19:45:43 |
| 76.106.196.161 | Comcast Cable Communications | 2012-02-04 16:14:53 |

| | | |
|---|---|---|
| 76.108.184.129 | Comcast Cable Communications | 2012-02-04 23:18:51 |
| 76.108.209.101 | Comcast Cable Communications | 2012-02-11 16:42:52 |
| 76.109.192.250 | Comcast Cable Communications | 2012-02-07 05:18:53 |
| 76.109.71.111 | Comcast Cable Communications | 2012-03-05 02:59:09 |
| 76.110.165.173 | Comcast Cable Communications | 2012-02-14 04:14:10 |
| 76.110.186.64 | Comcast Cable Communications | 2012-02-09 06:12:34 |
| 76.110.35.74 | Comcast Cable Communications | 2012-02-17 07:47:36 |
| 76.26.42.44 | Comcast Cable Communications | 2012-02-24 20:42:59 |
| 76.4.143.148 | Embarq Corporation | 2012-02-07 06:08:18 |
| 76.4.97.93 | Embarq Corporation | 2012-02-04 07:12:54 |
| 76.5.7.66 | Embarq Corporation | 2012-03-04 03:42:59 |
| 96.254.173.70 | Velocity Online | 2012-02-23 01:43:16 |
| 96.254.186.43 | Velocity Online | 2012-02-24 03:21:13 |
| 96.254.192.34 | Velocity Online | 2012-02-24 21:21:55 |
| 96.254.204.119 | Velocity Online | 2012-03-03 03:21:14 |
| 97.103.173.74 | Bright House Networks | 2012-02-04 22:03:27 |
| 97.104.69.72 | Bright House Networks | 2012-02-04 15:35:24 |
| 97.71.80.131 | Bright House Networks | 2012-02-06 16:54:50 |
| 97.97.115.18 | Bright House Networks | 2012-02-06 21:13:46 |
| 98.192.138.54 | Comcast Cable Communications | 2012-02-07 10:39:39 |
| 98.208.151.159 | Comcast Cable Communications | 2012-02-08 22:52:55 |
| 98.211.157.26 | Comcast Cable Communications | 2012-02-07 15:23:49 |
| 98.211.213.131 | Comcast Cable Communications | 2012-02-16 20:02:21 |
| 98.224.52.254 | Comcast Cable Communications | 2012-02-07 08:22:38 |
| 98.231.109.35 | Comcast Cable Communications | 2012-02-14 22:42:34 |
| 98.244.222.146 | Comcast Cable Communications | 2012-02-09 05:09:28 |
| 98.254.203.2 | Comcast Cable Communications | 2012-02-08 07:11:21 |