# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings, LLC

                      Plaintiff,

v.                                           Case No.: 1:12–cv–03516
                                                     Honorable Gary Feinerman

Comcast Cable Communications, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2012:

      MINUTE entry before Honorable Gary Feinerman:Status hearing held. Plaintiff's motion for order to show cause why Comcast Cable Services should not be found in contempt of court for failure to comply with subpoena duces tecum [1] is denied as moot in light of the filing of the amended motion [8]. For the reasons stated in open court, Plaintiff's amended motion for order to show cause why Comcast Cable Services should not be in contempt of court for failure to comply with subpoenas duces tecum [8] is denied. The four subpoenas are quashed. Civil case closed.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.